

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| McDermott Will & Emery LLP </br> Plaintiff </br> </br> v. </br> </br> Yolanda Pillows , et al. </br> Defendants | Case No: 15 C 7809 </br> </br> Judge Milton I. Shadur |

## ORDER

Motion hearing held. Plaintiff's motion for default judgment [11] is granted. Court enters judgment in favor of plaintiff McDermott Will & Emery LLP and against defendants Yolanda Pillows and McDermott Will & Emery LLP Inc. (For further details see separate Order)

Date: 11/12/2015        /s/  Judge Milton I. Shadur

(00:10)